

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNETH PERKINS | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0195 |
| | * | |
| LABOR READY, INC. | * | SECTION F (4) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR EXTENSION OF TIME TO PLEAD

Labor Ready, Inc., named as defendant in a Complaint served on January 24, 2000, on certifying to the Court that there has been no previous extension of time to plead entered in favor of Labor Ready and that the opposing party has not filed in the record an objection to an extension of time, moves pursuant to Local Rule 7.9 that this Court grant Labor Ready an extension of time for a period of twenty (20) days from February 14, 2000, or until March 6, 2000, within which to file responsive pleadings in this matter.

ROBERT L. CLAYTON (#17513)
MICHAEL M. DURAN, T.A. (#18875)
RODRICK E. ANDERSON (#25333)
MILLING BENSON WOODWARD, L.L.P.
909 Poydras Street - Suite 2300
New Orleans, LA 70112-1010
Telephone: (504) 569-7000
*Attorneys for defendant, Labor Ready, Inc.*

DATE OF ENTRY  FEB  8 2000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for Extension of Time to Plead and Order, has been served upon all counsel of record by depositing a copy of same in the United States Mail, postage prepaid and properly addressed, this ___ day of February, 2000.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNETH PERKINS** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 00-0195** |
| | * | |
| **LABOR READY, INC.** | * | **SECTION F (4)** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that defendant, Labor Ready, Inc., be granted a twenty (20) day extension of time to plead, until March 6, 2000.

THUS DONE AND SIGNED this _____ day of February, 2000.

_____
JUDGE, UNITED STATES DISTRICT COURT

213721.75923