

**MINUTE ENTRY**
**ROBY, M.J.**
**March 1, 2000**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **KENNETH PERKINS** | **CIVIL ACTION** |
| **VERSUS** | **NO:      00-0195** |
| **LABOR READY INC.** | **SECTION: "F" (4)** |

The undersigned Magistrate Judge recuses herself from handling the above-captioned case pursuant to 28 U.S.C. § 455(a). The undersigned Magistrate Judge's spouse is counsel for the plaintiff in the above captioned matter.

Therefore, in compliance with Canon 3(c)(d)(ii), which requires the impartial and diligent performance of judicial duties, the undersigned recuses herself from the aforemention matter.

The Clerk of Court is **ORDERED** to reallot the above-captioned case to another Magistrate Judge other than Magistrate Judge 4.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

MAR  2 2000

**REALLOTTED TO:**

**MAG. 5**

DATE OF ENTRY_____ MAR 2  2000

___Fee_____
___Process____
_X_ Dktd_____
___CtRmDep____
___Doc.No._____