FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 22 P 4: 31

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNETH PERKINS,** | * | CIVIL ACTION |
| Plaintiff | * | |
| | * | No.: 00-0195 |
| **VERSUS** | * | SECTION: "F" |
| | * | |
| **LABOR READY, INC.,** | * | |
| Defendant | * | MAGISTRATE: 5 |

************************************************************************

## MOTION TO CONTINUE WITHOUT DATE
## AND STAY PROCEEDINGS

NOW INTO COURT, through the undersigned counsel comes the Plaintiff, Kenneth Perkins who respectfully requests that the hearing scheduled for March 29, 2000 at 9:00 a.m. before this Honorable Court be continued without date and all proceedings stayed pending arbitration.

DATE OF ENTRY

MAR 2 8 2000

Respectfully submitted,

_____
CLARENCE M. ROBY, JR. - LSB#20345
Attorney for Plaintiff, Kenneth Perkins
Roby & Smith
4640 S. Carrollton Ave., Suite 2C
New Orleans, Louisiana 70119
(504) 486-7700

___Fee
___Process
_X_Dktd
___CtRmDep
___Doc.No.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNETH PERKINS, | * | CIVIL ACTION |
| Plaintiff | * | |
| | * | No.: 00-0195 |
| | * | |
| VERSUS | * | SECTION: "F" |
| | * | |
| LABOR READY, INC., | * | |
| Defendant | * | MAGISTRATE: 4 |

*************************************************************************

## ORDER ✱

Considering the foregoing Motion To Continue Without Date and Stay Proceedings;

**IT IS HEREBY ORDERED,** that the Plaintiff's Motion To Continue Without Date is hereby granted and all proceedings are stayed pending arbitration.

New Orleans, Louisiana this 28TH day of MARCH, 2000.

Martin C. Feldman
UNITED STATES ~~MAGISTRATE~~ JUDGE

✱ This case is administratively closed until completion of arbitration proceedings.