FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 OCT -7 PM 2: 25

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNETH PERKINS | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0195 |
| | * | |
| LABOR READY, INC. | * | SECTION F (4) |
| | * | |

* * * * * * * * * * * *

## MOTION FOR FINAL DISMISSAL WITH PREJUDICE

ON MOTION of plaintiff, Kenneth Perkins, appearing herein through undersigned counsel, and upon suggesting to this Honorable Court that all issues herein have been amicably settled and compromised between all parties hereto, and that plaintiff desires that this lawsuit be dismissed as to all claims and with full prejudice.

Respectfully submitted,

CLARENCE ROBY, JR. (#20345)
Attorney for Plaintiff
3701 Canal Street, Suite U
New Orleans, Louisiana 70119
Telephone: (504) 486-7700

DATE OF ENTRY

OCT  9 2003

___ Fee____
___ Process____
X  Dktd____
✓  CtRmDep____
___ Doc. No.____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record to these proceedings, by depositing same in the U. S. Mail, properly addressed and first class postage pre-paid on this 6th day of October, 2003.

_____
EAVELYN T. BROOKS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNETH PERKINS | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0195 |
| | * | |
| LABOR READY, INC. | * | SECTION F (4) |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### **ORDER**

IT IS ORDERED that the above captioned matter and all claims therein by and between all parties be and the same are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA this  8TH  day of  OCTOBER , 2003.

_Martin L. C. Feldman_
JUDGE